JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACQUELINE OCHOA, | Case No. 5:21-cv-01966-SB-SP |
| Plaintiff, | |
| v. | **FINAL JUDGMENT** |
| LOWES COMPANIES, INC. and LOWES HOME CENTERS, LLC, | |
| Defendants. | |

In light of Plaintiff's voluntary dismissal of Defendant Lowes Companies, Inc. filed in state court on November 8, 2021, and for the reasons set forth in the separate order granting Defendant Lowes Home Centers, LLC's motion for summary judgment entered this day, it is

ORDERED AND ADJUDGED that Plaintiff Jacqueline Ochoa's claims against Defendant Lowes Companies, Inc. are DISMISSED without prejudice and Plaintiff's claims against Defendant Lowes Home Centers, LLC are DISMISSED on the merits with prejudice.

This is a Final Judgment.

Dated:  April 14, 2022

_____
Stanley Blumenfeld, Jr.
United States District Judge